IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOE HAND PROMOTIONS, INC.,

    Plaintiff,

  v.

LAURA SYLVIA MENDOZA-GOVAN,
a/k/a LAURA S. MENDOZA, individually
and d/b/a KIMBALL'S SPORTS BAR,
a/k/a KIMBALL'S CARNIVAL,

    Defendants.

No. C 10-05607 WHA

**ORDER DENYING REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**

    Good cause not shown, the Court **DENIES** continuing the case management conference for thirty to forty-five days.

**IT IS SO ORDERED.**

Dated: March 10, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE