1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOE HAND PROMOTIONS, INC.,

      Plaintiff,

  v.

LAURA SYLVIA MENDOZA-GOVAN, a/k/a
LAURA S. MENDOZA, individually and d/b/a
KIMBALL'S SPORTS BAR
a/k/a KIMBALL'S CARNIVAL,

      Defendants.
_____/

No. C 10-05607 WHA

**ORDER RE PLAINTIFF'S
NOTICE OF SETTLEMENT**

     The Court acknowledges plaintiff's notice of settlement of the captioned matter.

Please note, however, that until a dismissal is filed, all deadlines remain in effect.

     **IT IS SO ORDERED.**

Dated:  November 23, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE