IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | |
| Plaintiff, | No. C 10-05607 WHA |
| v. | |
| LAURA SYLVIA MENDOZA-GOVAN, a/k/a LAURA S. MENDOZA, individually and d/b/a KIMBALL'S SPORTS BAR a/k/a KIMBALL'S CARNIVAL, | **ORDER RE PLAINTIFF'S NOTICE OF SETTLEMENT** |
| Defendants. | |

The Court acknowledges plaintiff's notice of settlement of the captioned matter.

Please note, however, that until a dismissal is filed, all deadlines remain in effect.

**IT IS SO ORDERED.**

Dated: November 23, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE